United States District Court
Southern District of Texas
**ENTERED**
October 31, 2024
Nathan Ochsner, Clerk

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS
## HOUSTON DIVISION

| | |
|---|---|
| Wayman Prince,<br>　　*Plaintiff,*<br><br>v.<br><br>Jeffrey Jaworowski, et al.,<br>　　*Defendants.* | § § § § § § § § |

Civil Action H-24-475

### ORDER

On October 17, 2024, Magistrate Judge Peter Bray recommended that the court deny Plaintiff's Motion for Default Judgment. ECF No. 20. On October 29, 2024, Plaintiff objected to the Memorandum and Recommendation. ECF No. 21. The objections are **DENIED**.

The Court **ADOPTS** the Memorandum and Recommendation as its Memorandum and Opinion. Plaintiff, Wayman Prince's Motion for Default Judgment, ECF No. 17, is **DENIED**.

Signed at Houston, Texas, on October __31__, 2024.

Sim Lake
United States District Judge